# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00100-CV

**In re Kenneth Earl Hoover**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus raising complaints related to fair housing laws. *See* Tex. R. App. P. 52.1, 52.3. Having reviewed the petition and relator's other filings, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed: February 27, 2013